# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC.,<br><br>Plaintiffs,<br>v.<br><br>NOKIA CORPORATION; NOKIA TECHNOLOGIES OY; NOKIA SOLUTIONS AND NETWORKS OY; NOKIA SOLUTIONS AND NETWORKS US LLC; NOKIA USA INC.; ALCATEL-LUCENT S.A.; and ALCATEL-LUCENT USA INC.,<br><br>Defendants. | CASE NO.: 2:16-cv-1984-RSM<br><br>**STIPULATED MOTION AND ORDER APPROVING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiffs HTC Corporation and HTC America, Inc. (collectively, "HTC" or "Plaintiffs") and Defendants Nokia Corporation, Nokia Technologies Oy, Nokia Solutions and Networks Oy, Nokia Solutions and Networks US LLC, Nokia USA Inc., Alcatel-Lucent S.A., and Alcatel-Lucent USA Inc. (collectively, "Nokia" or "Defendants") hereby stipulate:

WHEREAS, on December 29, 2016, Plaintiffs filed a complaint in this action against Defendants, alleging breach of contract, breach of the covenant of good faith and fair dealing, and promissory estoppel ("Complaint");

WHEREAS, on January 18, 2017, this Court approved the parties' January 13, 2017 stipulation whereby Defendants accepted service of summons in this matters through their

STIPULATED MOTION AND ORDER EXTENSION OF TIME TO RESPOND TO COMPLAINT
2:16-CV-1984-RSM

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1  counsel at Alston & Bird LLP and the deadline for all Defendants to answer or otherwise
2  respond to the Complaint was extended to April 12, 2017;
3     WHEREAS, the parties believe an additional extension of Defendants' deadline to
4  respond will facilitate settlement discussions consistent with this Court's expectation that parties
5  attempt to voluntarily resolve their disputes early in the judicial proceedings;
6     WHEREAS, the parties do not seek this extension of time for the purpose of delay, but
7  for good cause shown and so that justice may be done. Fed. R. Civ. P. 6(b), 16(b)(2).
8     NOW THEREFORE, the parties to this stipulation agree, subject to the Court's approval,
9  as follows:
10     1.    Defendants shall have to and including July 26, 2017, within which to answer,
11  move or otherwise respond to the Complaint.
12     2.    The parties shall meet and confer regarding a Rule 26(f) joint status report by July
13  26, 2017, which shall be filed with the Court no later than August 4, 2017.

Dated:  April 3, 2017

/s/ James C. Yoon
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

James C. Yoon, *Admitted Pro Hac Vice*
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com

*Attorney for Plaintiffs HTC Corporation and HTC America, Inc.*

STIPULATED MOTION AND ORDER APPROVING
EXTENSION OF TIME TO RESPOND TO COMPLAINT
2:16-CV-1984-RSM

-1-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1  Dated: April 3, 2017

/s/ Michael D. McKay
Michael D. McKay, WSBA # 7040

/s/ Thomas M. Brennan
Thomas M. Brennan, WSBA # 30662

**McKAY CHADWELL, PLLC**
600 University Street, Suite 1601
Seattle, WA  98101
Telephone: (206) 233-2800
Facsimile:  (206) 233-2809
Email: mdm@mckay-chadwell.com
          tmb@mckay-chadwell.com

*Attorneys for Defendants Nokia Corporation, Nokia Technologies Oy, Nokia Solutions and Networks Oy, Nokia Solutions and Networks US LLC, Nokia USA Inc., Alcatel-Lucent S.A., and Alcatel-Lucent USA Inc.*

STIPULATED MOTION AND ORDER APPROVING
EXTENSION OF TIME TO RESPOND TO COMPLAINT
2:16-CV-1984-RSM

-2-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendants shall have to and including July 26, 2017, within which to answer, move or otherwise respond to the Complaint and to delay issuance of a scheduling order pursuant to Fed. R. Civ. P. 16(b)(2).

Dated this 7th day of April 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
James C. Yoon, *Admitted Pro Hac Vice*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com

*Attorneys for Plaintiffs HTC Corporation and HTC America, Inc*

STIPULATED MOTION AND ORDER APPROVING EXTENSION OF TIME TO RESPOND TO COMPLAINT
2:16-CV-1984-RSM

-3-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699