1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| HTC CORPORATION and HTC AMERICA, INC.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>NOKIA CORPORATION; NOKIA TECHNOLOGIES OY; NOKIA SOLUTIONS AND NETWORKS OY; NOKIA SOLUTIONS AND NETWORKS US LLC; NOKIA USA INC.; ALCATEL-LUCENT S.A.; and ALCATEL-LUCENT USA INC.,<br><br>                    Defendants. | CASE NO.:  2:16-cv-1984-RSM<br><br>**AMENDED** STIPULATED MOTION AND **AMENDED** ORDER APPROVING THIRD EXTENSION OF TIME TO RESPOND TO COMPLAINT |

Plaintiffs HTC Corporation and HTC America, Inc. (collectively, "HTC" or "Plaintiffs") and Defendants Nokia Corporation, Nokia Technologies Oy, Nokia Solutions and Networks Oy, Nokia Solutions and Networks US LLC, Nokia USA Inc., Alcatel-Lucent S.A., and Alcatel-Lucent USA Inc. (collectively, "Nokia" or "Defendants") hereby stipulate:

WHEREAS, on July 17, 2017, this Court approved the parties' July 14, 2017 stipulated motion to extend time for Defendants to respond to the complaint to September 26, 2017, but the proposed order incorrectly stated the new deadline to respond;

WHEREAS, the parties wish to amend the proposed order for their July 14, 2017 stipulated motion to state the correct date;

AMENDED STIPULATED MOTION &  ORDER
APPROVING THIRD EXTENSION OF TIME TO
RESPOND TO COMPLAINT
2:16-CV-1984-RSM

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

NOW THEREFORE, the parties stipulate and agree, subject to the Court's approval, as follows:

1.    Defendants shall have to and including September 26, 2017, within which to answer, move or otherwise respond to the Complaint.

2.    The parties shall meet and confer regarding a Rule 26(f) joint status report and file with the Court no later than October 6, 2017.

Dated:  July 20, 2017

/s/ James C. Yoon_____
James C. Yoon, *Admitted Pro Hac Vice*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com

*Attorney for Plaintiffs HTC Corporation and HTC America, Inc.*

Dated:  July 20, 2017

/s/ Thomas M. Brennan_____
Thomas M. Brennan, WSBA # 30662
BRENNAN LEGAL, PLLC
P.O. Box 1384
Edmonds, WA 98026
425-967-3550
email: tom@brennanlegalpllc.com

**Alston & Bird LLP**

/s/ Mark A. McCarty_____
/s/ Andrew J. Tuck_____
Mark A. McCarty, Georgia Bar No. 482226
Andrew Tuck, Georgia Bar No. 402306
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: (404) 881-7861
Fax: (404) 881-7777
Email: mark.mccarty@alston.com
andy.tuck @alston.com

AMENDED STIPULATED MOTION & ORDER
APPROVING THIRD EXTENSION OF TIME TO
RESPOND TO COMPLAINT
2:16-CV-1984-RSM

-1-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1

2

3

4

5

6

7

*Attorneys for Defendants Nokia Corporation, Nokia Technologies Oy, Nokia Solutions and Networks Oy, Nokia Solutions and Networks US LLC, Nokia USA Inc., Alcatel-Lucent S.A., and Alcatel-Lucent USA Inc.  Attorney for Defendants Nokia Corporation, Nokia Technologies Oy, Nokia Solutions and Networks Oy, Nokia Solutions and Networks US LLC, Nokia USA Inc., Alcatel-Lucent S.A., and Alcatel-Lucent USA Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

AMENDED STIPULATED MOTION & ORDER
APPROVING THIRD EXTENSION OF TIME TO
RESPOND TO COMPLAINT
2:16-CV-1984-RSM

-2-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendants shall have to and including **September 26, 2017**, within which to answer, move or otherwise respond to the Complaint and to delay issuance of a scheduling order pursuant to Fed. R. Civ. P. 16(b)(2).

**IT IS SO ORDERED.**

Dated this 21st day of July, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT
JUDGE

Presented by:
James C. Yoon, *Admitted Pro Hac Vice*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com

*Attorneys for Plaintiffs HTC Corporation
and HTC America, Inc.*

AMENDED STIPULATED MOTION & ORDER
APPROVING THIRD EXTENSION OF TIME TO
RESPOND TO COMPLAINT
2:16-CV-1984-RSM

-3-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699